Gene Locks
**LOCKS LAW FIRM**
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-0100
Fax: (215) 893-3415

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Robert L. Nichols, Jr., et al. v. Pfizer Inc* (05-4489 CRB)<br><br>*Marion C. Fairey, Sr., et al. v. Pfizer Inc, et al.* (06-6409 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 10/20, 2010   By: *Marc P. Weingarten*

**LOCKS LAW FIRM**
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-0100
Fax: (215) 893-3415

*Attorneys for Plaintiffs*

DATED: 2/2/2011   By: /S/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 8, 2011

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE